

FILED | 10/27/2025 11:49 AM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

# THE MACKENZIE GROUP, LLC

A LEADER IN CLINICAL AND FORENSIC PHARMACEUTICAL CONSULTING

RODNEY G. RICHMOND
RPH, MS, CGP, FASCP
CONSULTANT PHARMACIST

ASSOCIATE PROFESSOR
HARDING UNIVERSITY
COLLEGE OF PHARMACY

CERTIFIED GERIATRIC
PHARMACIST

REGISTERED PHARMACIST
ARKANSAS
NORTH CAROLINA
PENNSYLVANIA
WEST VIRGINIA

FELLOW
AMERICAN SOCIETY OF
CONSULTANT PHARMACISTS

EDITORIAL BOARD
JOURNAL OF
HEALTH-SYSTEM
PHARMACY RESIDENTS

MEMBER
AMERICAN COLLEGE OF
CLINICAL PHARMACY

MEMBER
AMERICAN ASSOCIATION OF
COLLEGES OF PHARMACY

MISSIONARY
HONDURAS

October 22, 2025

Even with all readings Subtract Norbup and Glucuronides metabolite it still almost read out correctly

Tawnya Coleman
93 Eberly Drive
Summersville, WV 26651

***Re: David King Buprenorphine Use History***

Ms. Coleman,

I am writing as follow-up to your request for me to review and interpret urine drug testing data for buprenorphine, reportedly related to the use of Sublocade®. I have completed my evaluation and am writing to offer my findings and opinions. In preparing this assessment, I reviewed documents that include: (1) urine drug screens reported by Abbott Redwood Toxicology Laboratory; (2) 1Cup Drug Screen forms; (3) Nicholas County, WV Family Court rulings; and (4) buprenorphine ClinicalKey monograph.

## BACKGROUND

David King, the petitioner in this matter, became involved with buprenorphine as part of substance abuse treatment following a relapse. In July 2024, he entered an inpatient rehabilitation program that lasted approximately 90 days, after which he began receiving counseling at Seneca Health Services in Summersville, WV. At that time, he was actively enrolled in a Sublocade® (extended-release injectable buprenorphine) program. When first drug tested before a court hearing in January 2025, he tested positive for buprenorphine, which was consistent with his participation in that program.

By March 2025, Mr. King stated that he was no longer receiving buprenorphine therapy and had been advised by his physician that residual buprenorphine might remain detectable for up to one year after his last Sublocade® injection. Nonetheless, his drug screen at that time was still positive for buprenorphine. He continued participating in outpatient counseling but was reportedly being tested only twice monthly by his counselor.

At the June 2025 hearing, new drug screens were reviewed. Mr. King presented a graph in an attempt to reconcile earlier positive results (through April 2, 2025), asserting that the values were compatible with residual drug elimination from prior Sublocade® injections. However, subsequent results showed rising buprenorphine levels, which could not be explained by natural depot release alone. This raised renewed questions about whether he had resumed use after discontinuation. Despite this, he maintained that he remained in counseling and continued to deny ongoing use of buprenorphine.

33

By August 2025, additional testimony shed further light on his history. Mr. King testified his final Sublocade® injection occurred in November 2024 and that he had not used buprenorphine in any form since then. He acknowledged, however, that in the past he had manipulated drug test results by consuming large volumes of water to dilute urine samples, which could affect test accuracy. (NOTE: A creatinine level <20 mg/dL indicates the urine specimen is dilute, while a level <2 mg/dL suggests the sample is not physiologically consistent with human urine and is considered invalid or substituted. Despite his testimony that he had attempted to dilute his urine, none of the reported samples were identified as being dilute with all values >20 mg/dL). A pharmacist testified that buprenorphine levels may potentially fluctuate for up to 24 months after Sublocade® therapy due to its fat-soluble depot formulation, but emphasized that once the level reaches zero, it should not subsequently rise. The pharmacist also confirmed not having personally reviewed the actual test data. A summary of Mr. King's urine drug screen data appears in **EXHIBIT 1**.

**EXHIBIT 1**

***Buprenorphine Urine Drug Screen Results***

| Date | Buprenorphine | Date | Buprenorphine |
|---|---|---|---|
| 10/2/24 | 830 | 5/23/25 | 14 |
| 10/16/24 | 535 | 5/28/25 | 87 |
| 12/4/24 | 632 | 5/30/25 | 47 |
| 12/18/24 | 757 | 6/4/25 | 35 |
| 1/15/25 | 250 | 6/6/25 | 31 |
| 1/29/25 | 573 | 6/9/25 | 25 |
| 2/19/25 | 819 | 6/11/25 | 33 |
| 2/26/25 | 668 | 6/13/25 | 27 |
| 3/6/25 | 170 | 6/25/25 | 0 |
| 3/12/25 | 305 | 6/27/25 | 10 |
| 3/19/25 | 558 | 6/30/25 | 18 |
| 3/26/25 | 183 | 7/2/25 | 26 |
| 3/31/25 | 0 | 7/7/25 | 8 |
| 4/2/25 | 63 | 7/9/25 | 37 |
| 4/2/25 | 146 | 7/11/25 | 21 |
| 4/4/25 | 116 | 7/16/25 | 41 |
| 4/7/25 | 109 | 7/25/25 | 46 |
| 4/9/25 | 193 | 7/30/25 | 30 |
| 4/14/25 | 410 | 8/8/25 | 35 |
| 4/16/25 | 169 | 8/11/25 | 0 |
| 4/18/25 | 133 | 8/12/25 | 25 |
| 4/21/25 | 34 | 8/13/25 | 22 |
| 4/23/25 | 171 | 8/15/25 | 10 |
| 4/25/25 | 140 | 8/18/25 | 18 |
| 4/28/25 | 109 | 8/20/25 | 14 |
| 4/30/25 | 147 | 8/22/25 | 28 |
| 5/2/25 | 146 | 8/25/25 | 11 |
| 5/5/25 | 28 | 8/26/25 | 14 |
| 5/7/25 | 107 | 8/27/25 | 10 |
| 5/9/25 | 69 | 8/29/25 | 10 |
| 5/12/25 | 71 | 9/3/25 | 10 |
| 5/14/25 | 87 | 9/5/25 | 10 |
| 5/16/25 | 174 | 9/8/25 | 15 |
| 5/19/25 | 73 | 9/10/25 | 38 |

Did not use 2000 ng/mL plus nor bup

Left out Senaca screen 9-23-2025 9-24 9-26 10-8 10-10 10-20 10-27 11-10 Refused from me

I believe tube mis read 3/12/25

Does page 24 not exist

Used Senacas test

Left out Senaca 9/50 90 47.7

ng/mL 0.5 cut off at Lab Left out 6-16-25 6-18-25 6-23-25

0.5 Cut off at Lab Tested Positive in icu 10 ng/mL cut off

Did not use and norbup read outs as stated at court.

Throughout the identified time period, Mr. King continued under frequent drug screening requirements and therapy participation. The persistence of buprenorphine positivity across many months after the reported last injection, along with periods of apparent elevation in concentration, remained an unresolved issue requiring expert pharmacokinetic interpretation to determine whether these findings reflect prolonged depot elimination or re-exposure/self-administration.

**OPINIONS**

The purpose of this evaluation is to assist the Court in understanding the technical aspects of urine drug screening and to provide expert interpretation of the reported buprenorphine urine concentrations, including the impact of pharmacokinetic elimination and sample concentration on those results.

**Methods and Analytical Approach:** To evaluate the results, each buprenorphine concentration (expressed in ng/mL) was normalized to the corresponding urine creatinine concentration (expressed in mg/dL) using the formula in **EXHIBIT 2.** Normalization adjusts for urine dilution, allowing a direct comparison of drug excretion independent of hydration or specimen concentration. This method is standard in forensic toxicology to distinguish pharmacokinetic changes from dilutional artifacts. A theoretical elimination curve was also modeled using an exponential decay function assuming a terminal half-life of ~50 days, consistent with published Sublocade® pharmacokinetics. The curve represents expected buprenorphine elimination if no further dosing occurred after the reported final Sublocade® injection in November 2024.

**EXHIBIT 2**

***Buprenorphine-Creatinine Normalization Formula***

$$\text{Normalized Buprenorphine (ng/mg creatinine)} = \frac{\text{Buprenorphine (ng/mL)}}{\text{Creatinine (mg/dL)}} \times 100$$

**Results and Interpretation:** Illustrated in **EXHIBIT 3** are both the raw and creatinine-normalized buprenorphine concentrations over time, compared with a theoretical elimination curve assuming no further Sublocade® administration after November 2024. The observed buprenorphine levels (ng/mL) initially remained high and variable from October 2024 through April 2025, consistent with active Sublocade® dosing. After April, values decreased in a manner consistent with depot depletion and normal elimination. However, beginning around June–July 2025, buprenorphine again became detectable at low but measurable concentrations following near-zero results earlier in the same period. This rebound pattern is pharmacokinetically inconsistent with continued depot decline and suggests new exposure to buprenorphine or an additional source of administration. After normalization based on creatinine-adjusted concentrations, the data exhibit a clear triphasic pattern, further explained as follows.

Tawnya Coleman
Re: David King Buprenorphine Use History
Letter – October 22, 2025

## EXHIBIT 3

### *Buprenorphine Levels Over Time*
### *Normalized and Raw Values with Hypothetical Elimination Curve*

- **Phase I (Oct 2024 – Apr 2025):** Sustained high levels (typically >150 ng/mg creatinine), consistent with Sublocade® injection.
- **Phase II (May – Jun 2025):** Predictable decline following the reported cessation of dosing, matching expected depot elimination.
- **Phase III (Jul – Sep 2025):** Recurrent low-level positives (<40 ng/mg creatinine) that deviate from the expected elimination curve.

Because the creatinine values remained within physiologic ranges (>20 mg/dL), these variations cannot be explained by sample dilution. The reappearance of buprenorphine after an expected pharmacologic decline more likely than not represents true renewed exposure.

When plotted against the theoretical decay curve (assuming no re-dosing after November 2024), the subject's observed buprenorphine levels initially tracked within the expected pharmacokinetic range but diverged sharply after May 2025, with observed values remaining significantly above predicted levels. This pattern confirms that the continuing presence of buprenorphine beyond this point cannot be attributed solely to depot release.

In summary, when normalized for creatinine, the data reveal an expected decline consistent with depot elimination through spring 2025, followed by recurring elevations that deviate markedly from the predicted pharmacokinetic decay. Because normalization corrects for urine dilution, these renewed increases cannot be attributed to sample concentration effects and instead indicate new buprenorphine exposure or re-dosing after cessation of therapy.

## CONCLUSIONS

Based on the objective data, including pharmacokinetic modeling and normalization of buprenorphine concentrations relative to creatinine, the pattern of results is not consistent with passive depot elimination from a final Sublocade® injection administered in November 2024. The initial decline observed through early 2025 aligns with expected pharmacologic elimination; however, the subsequent reappearance and variability of measurable levels beyond that timeframe cannot be explained by residual release from the depot site. These findings are most consistent with renewed buprenorphine exposure or re-dosing occurring after cessation of therapy.

The basis and reasons for my opinions are premised upon my education, training, and experience; knowledge of pharmacology; analysis and study in the field of drug-related morbidity and adverse drug events; research of the professional literature; and the facts of the case presented, and the materials reviewed. In addition to the opinions stated herein, I may have additional opinions and reasoning depending upon the review of additional materials. I hold these opinions to a reasonable degree of pharmacological certainty.

## QUALIFICATIONS

I have been qualified as an expert in pharmacy, clinical pharmacology, and adverse drug reactions in every legal forum in which I have testified. I currently serve as Professor and Chair of Pharmacy Practice at Harding University College of Pharmacy, Chairman of the Arkansas State Board of Pharmacy, and a consultant pharmacist with The Mackenzie Group, LLC. My career includes prior academic appointments at West Virginia University, Marshall University, University of Pittsburgh, and Yale University. I am a Fellow of the American Society of Consultant Pharmacists and have maintained a consistent focus on the clinical application of pharmacologic principles throughout my career. A current curriculum vitae has been provided and is incorporated herein.

Sincerely,

Rodney G. Richmond, MS, PharmD, BCGP, FASCP, DASPL

 FILED | 10/14/2025 3:37 PM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

tawnya coleman <tawnya2012@gmail.com>

## Re: A lead from ALMExperts for you!

Rodney Richmond <rrichmond@mackenziegroup.org> Tue, Sep 30, 2025 at 2:08 PM
To: tawnya coleman <Tawnya2012@gmail.com>

Ms. Coleman,

I plotted the data on a graph to get a visual. It appears he re-dosed with Sublocade in Oct-24, Dec-24, Feb-25, Mar-25, and Apr-25. The rest can be explained by continued delivery from the depot site where the injection was given. I see continued elimination without spikes representing new doses after May-25. I overlayed his data with a theoretical depot decline curve and his elimination since May-25 follows what would be expected. He could expect continued elimination for ~10 months from May-25, so potentially as long as Mar-26. At some point, you would expect his levels to fall below the cutoff value of 0.5 ng/ml. Any significant new spikes would indicate repeat dosing.

18

Sincerely,

Rodney G. Richmond, MS, PharmD, BCGP, DASPL

Board Certified Geriatric Pharmacist
**The Mackenzie Group, LLC**

Past President and Member
**Arkansas State Board of Pharmacy**

50 Country Club Circle
Searcy, AR 72143
(304) 612-9045
rrichmond@mackenziegroup.org

bps

**From:** Rodney Richmond <rrichmond@mackenziegroup.org>
**Sent:** Tuesday, September 30, 2025 7:31 AM
**To:** tawnya coleman <tawnya2012@gmail.com>
[Quoted text hidden]

[Quoted text hidden]

DEFENDANT'S
EXHIBIT
1
24-0-1



Gmail

Rodney G. Richmond, MS, PharmD, BCGP, DASPL

Board Certified Geriatric Pharmacist
The Mackenzie Group, LLC

Past President and Member
Arkansas State Board of Pharmacy

50 Country Club Circle
Searcy, AR 72143
(304) 612-9045
rrichmond@mackenziegroup.org

From: Rodney Richmond <rrichmond@mackenziegroup.org>
Sent: Tuesday, September 30, 2025 11:08 AM
To: tawnya coleman <Tawnya2012@gmail.com>

One attachment • Scanned by Gmail Add to Drive

Sublocade Time...

tawnya coleman

20



 

21
Urine Buprenorphine Concentration vs Time
Observed (Urine)
Theoretical Depot Decline
Buprenorphine (ng/mL)
Date
0
200
400
600
800
2024-11
2025-01
2025-03
2025-05
2025-07
2025-09

tawnya coleman <tawnya2012@gmail.com>

## Re: A lead from ALMExperts for you!

**Rodney Richmond** <rrichmond@mackenziegroup.org> Thu, Oct 2, 2025 at 8:54 AM
To: tawnya coleman <Tawnya2012@gmail.com>

I didn't hear back from you. I thought I would go ahead and share the plotted graph I described. See attached.

Sincerely,

Rodney G. Richmond, MS, PharmD, BCGP, DASPL

Board Certified Geriatric Pharmacist
**The Mackenzie Group, LLC**

Past President and Member
**Arkansas State Board of Pharmacy**

50 Country Club Circle
Searcy, AR 72143
(304) 612-9045
rrichmond@mackenziegroup.org

**From:** Rodney Richmond <rrichmond@mackenziegroup.org>
**Sent:** Tuesday, September 30, 2025 11:08 AM
**To:** tawnya coleman <Tawnya2012@gmail.com>
[Quoted text hidden]

[Quoted text hidden]

**Sublocade Time-Conc Overlay.docx**
217K



10/14/25, 12:29 PM Re: A lead from ALMExperts for you! - tawnya2012@gmail.com - Gmail

Gmail

**Rodney Richmond**
Ok, thanks for the update From: tawnya coleman <tawnya2012@gmail.com> Sent: Monday, October 6, 2025 3:14:26 PM > Hi Dr. Richmond, I wanted to give you a quic

**tawnya coleman**
Hi Dr. Richmond, I wish to retain your services if you're still available. Please let me know how you would like to proceed, thank you so much for your time, On

**Rodney Richmond**
Just send the requested retainer to the address below my signature line at 50 Country Club Circle in Searcy, Arkansas. I will complete the work requested. From

**tawnya coleman**
Good morning As you know, court is today at 2 p.m. The judge may do a quick call around that time. I'll be sending more drug screens today as well. Thank you!

**Rodney Richmond** via [illegible]
to me

I was unaware of a hearing date being today. Further, my services have not been formally retained. Finally, I'm unavailable today because

Sincerely,

Rodney G. Richmond, MS, PharmD, BCGP, OASPL

Board Certified Geriatric Pharmacist
**The Mackenzie Group, LLC**

President and Member
**Arkansas State Board of Pharmacy**

50 Country Club Circle
Searcy, AR 72143
(304) 612-9045
rrichmond@mackenziegroup.org

22

4

**Seneca Health Services, Inc.**
**131 Wellness Drive**
**Summersville,WV 26651**

| Patient Name | | Patient ID | Specimen Number | Total Volume |
|---|---|---|---|---|
| KING,DAVID LEE | | 10034938 | QT0014284 | |
| **Patient Phone** | **Date of Birth** | **Sex** | **Date and Time Collected** | **Date and Time Received** |
| 304-846-9421 | [illegible] | M | 10/2/2024 09:20 AM | 10/3/2024 09:20 AM |

| Test | Result | Flag | Units | Reference Range | Lab |
|---|---|---|---|---|---|
| Norhydrocodone, Interp<br>Norhydrocodone, Interp | N/R | | | Consistent | |
| Hydromorphone<br>Hydromorphone | Not Detected | | | Not Detected | |
| Hydromorphone, Interp<br>Hydromorphone, Interp | N/R | | | Consistent | |
| Morphine<br>Morphine | Not Detected | | | Not Detected | |
| Morphine, Interp<br>Morphine, Interp | N/R | | | Consistent | |
| Dihydrocodeine<br>Dihydrocodeine | Not Detected | | | | |
| Dihydrocodeine, Interp<br>Dihydrocodeine, Interp | N/R | | | Consistent | |
| Methamphetamine<br>Methamphetamine | Not Detected | | | Not Detected | |
| Methamphetamine, Interp<br>Methamphetamine, Interp | N/R | | | Consistent | |
| Buprenorphine<br>Buprenorphine | 830.3 | Abnormal | | < 5 | |
| Buprenorphine, Interp<br>Buprenorphine, Interp | Inconsistent | | | Consistent | |
| Norbuprenorphine<br>Norbuprenorphine | >2000 | Abnormal | | < 10 | |
| Norbuprenorphine, Interp<br>Norbuprenorphine, Interp | Inconsistent | | | Consistent | |
| Fentanyl<br>Fentanyl | Not Detected | | | Not Detected | |

Left out reading

Proof

Printed: November 11, 2025 1:09:53PM

with Page 5 of 28 -> They had readings

Mar. 19. 2025 8:19AM Nic Co DRC

FILED | 3/19/2025 8:45 AM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

Abbott
Redwood Toxicology Laboratory, Inc
3650 Westwind Blvd, Santa Rosa, CA 95403
Phone: (707) 577-7959 or (800) 255-2159 | Fax: (707) 577-8848
www.redwoodtoxicology.com

16

Identification: 4741 David L King
DOB: 9
Sex: M
Collected by: Gary Jarrell
Collected: 03/12/2025 10:40 AM
Received: 03/17/2025 10:00 AM
Reported: 03/18/2025 10:56 PM
Test Reason: FC

Account #: 308592
Requisition #: 1000835736
Accession #: 250317-01202
Specimen Type: Urine

Client: Nicholas County Day Report Center
603 Broad St
Summersville, WV 26651-1307
Phone: (304)872-9645

**Summary**

Confirmed Positive for the following drug(s):
- Buprenorphine (660.8 ng/mL)
- Norbuprenorphine (522.4 ng/mL)

**Tests Ordered**
- 5292 - Buprenorphine LC-MS/MS Confirmation, Urine
- 8367 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN,OPI,OXY,SR,THC,TRA

Code used

**Drug Tests**

| Drug Class / Drug / Drug Metabolite | SCREEN Method | SCREEN Cutoff | SCREEN Result | CONFIRMATION Method | CONFIRMATION Cutoff | CONFIRMATION Result |
|---|---|---|---|---|---|---|
| Amphetamines 500 | EIA | 500 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/mL | Negative | | | |
| Buprenorphine | | | | | | |
| Buprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Norbuprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

0.5 ng/mL cutoff

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing, pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

**Specimen Validity Tests**

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 502.9 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 7.60 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.029 |

not bup readouts

Comments:

Method Index
EA - Enzyme Assay
EIA - Enzyme-Immunoassay
ELISA - Enzyme-Linked Immunosorbent Assay
GC-FID - Gas Chromatography - Flame Ionization Detector
GC/MS - Gas Chromatography / Mass Spectrometry
IA - Immunoassay
LC-MS/MS - Liquid Chromatography Tandem Mass Spectrometry

Jul. 2. 2025 9:15AM Nic Co DRC

FILED | 7/2/2025 8:53 AM
FC-34-2024-D-1
Nichloas County Circuit Clerk
Debbie Facemire

Abbott
Redwood Toxicology Laboratory, Inc
3650 Westwind Blvd, Santa Rosa, CA 95403
Phone: (707) 577-7959 or (800) 255-2159 | Fax (707) 577-8102
www.redwoodtoxicology.com

Identification: 4741 David L King
DOB: 19
Sex: M
Collected by: Gary Jarrell
Collected: 06/25/2025 08:19 AM
Received: 06/26/2025 10:33 AM
Reported: 06/27/2025 11:01 PM
Test Reason: FC

Account #: 208592
Requisition #: 1000581790
Accession #: 250626-01353
Specimen Type: Urine

Client: Nicholas County Day Report Center
603 Broad St
Summersville, WV 26651-1307
Phone: (304)872-8045

| Summary |
|---|
| NEGATIVE |

| Tests Ordered |
|---|
| • 5202 - Buprenorphine LC-MS/MS Confirmation, Urine |
| • 8367 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN,OPI,OXY,SA,THC,TRA |

Pages 79 D1 69 D2 D3 D4 All false Negative from Lab Left out Glucuronide metabolites

Drug Tests

| | SCREEN | | | CONFIRMATION | | |
|---|---|---|---|---|---|---|
| Drug Class / Drug / Drug Metabolite | Method | Cutoff | Result | Method | Cutoff | Result |
| Amphetamines 500 | EIA | 500 ng/ml | Negative | | | |
| Benzodiazepines | EIA | 200 ng/ml | Negative | | | |
| Buprenorphine | | | | | | |
| Buprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | Negative |
| Norbuprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | Negative |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing, pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

Specimen Validity Tests

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 21.5 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 6.80 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.003 |

Comments:

Read out on their Icup at 10 ng/mL Positive

Method Index

EA - Enzyme Assay
EIA - Enzyme-Immunoassay
ELISA - Enzyme-Linked Immunosorbent Assay
GC-FID - Gas Chromatography - Flame Ionization Detector
GC/MS - Gas Chromatography / Mass Spectrometry
IA - Immunoassay
LC-MS/MS - Liquid Chromatography Tandem Mass Spectrometry

79

TOXACCESS®

# LAB DRUG TEST COLLECTION DETAILS

User Name: ncdrc Agency: 308592 Nicholas County Day Report Center Friday, December 19, 2025

- SCHEDULE
- COLLECTIONS
- DONORS
- REPORTS
- AGENCY ADMINISTRATION
- SETTINGS
- SUPPORT
- LOGOUT

The false one DRC and Courts gave and have no record as yet and have denied it multiple times

| | |
|---|---|
| Agency Number: | 308592 |
| Agency Name: | Nicholas County Day Report Center |
| Agency Address: | 603 Broad St, Summersville, WV 26651-1307 |
| Agency Phone: | (304)872-9645 |
| Collector: | Ronald Proctor |

## DONOR AND SPECIMEN INFORMATION

| | |
|---|---|
| Name: | David King |
| Unique ID: | 4741 |
| Sex: | M |
| Date of Birth: | 9 |
| Specimen Type: | Urine |
| Collected: | 6/27/2025 07:00 AM |
| Test Requested: | 5292 - Buprenorphine LC-MS/MS Confirmation, Urine<br>B367 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN, OPI,OXY,SR,THC,TRA |
| Requisition Number: | 1000691928 |
| Test Reason: | FC |
| Observed: | Yes |
| Specimen Temperature: | 96 |

Page 01

## SIGNATURES

Donor signature

I certify that I provided my specimen to the collector and that I have not adulterated it in any manner. The specimen was sealed in my pre tamper evident seal and the information provided for this collection is correct. I authorize Redwood Toxicology Laboratory to perform the and to release the results of this test to the agency or provider identified.

PRINT LABEL

© 2025 Abbott. All rights reserved. All trademarks referenced are trademarks of either the Abbott group of companies or their



Printed 11/7/2025 8:09 AM 251019-00737 LBU52

Nov. 10. 2025 9:36AM Nic Co DRC

FILED | 11/12/2025 9:12 AM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

DEPARTMENT: family cout COLLECTION DATE: 11-10-25

# iCup Drug Screen Result Form

Agency Providing Testing:

Nicholas County DRC
603 Broad Street
Summersville, WV, 26651

Phone: (304) 872-9645
Fax: (304) 872-9643
Email: NCDRC1@Frontier.com

Collector's Information:
Collectors Name: Ryan Taylor

Donor Information:
Donor Name: David King SSN

Certification Information:

*I hereby certify that the speciman provided is my own and has not been substituted or adulterated. I further agree and grant permission for the testing of my specimen.*

Donor's Signature ______ Date 11-10-25

Collector's Signature Ryan Taylor Date 11-10-25

Initial Screen Results: (All "Confirm" or non-negative results must be confirmed using GC/MS)

Specimen Temperature: (90-100 F.) In Range ☑ YES

Prescription

| Drug Name | Device Code | Negative | Non-Negative |
|---|---|---|---|
| Cocaine | COC | ☑ | ☐ |
| Marijuana | THC | ☑ | ☐ |
| Opiates/Morphine | OPI | ☑ | ☐ |
| Amphetamine | AMP | ☑ | ☐ |
| Methamphetamine | MET | ☑ | ☐ |
| Barbituates | BAR | ☑ | ☐ |
| Benzodiazepine | BZO | ☑ | ☐ |
| Oxycodone | OXY | ☑ | ☐ |
| Synthetic THC | K2 | ☑ | ☐ |
| Alcohol | EtG | ☑ | ☐ |
| Fentanyl | FTY | ☑ | ☐ |
| Tramadol | TRA | ☑ | ☐ |
| Buprenorphine | BUP | ☐ | ☑ |

ICup from Redwood toxology read at 10 ng/mL

69

Nov. 17. 2025 10:42AM Nic Co DRC

FILED | 11/17/2025 10:30 AM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire



Nov. 17. 2025 2:13PM Nic Co DRC

FILED | 11/17/2025 1:36 PM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

Abbott
Redwood Toxicology Laboratory, Inc
3650 Westwind Blvd., Santa Rosa, CA 95403
Phone: (707) 577-7959 or (800) 255-2159 | Fax: (707) 577-0365
www.redwoodtoxicology.com

Identification: 4741 David L King
DOB: [illegible]
Sex: M
Collected by: Ryan Taylor
Collected: 11/10/2025 05:49 AM
Received: 11/13/2025 10:00 AM
Reported: 11/15/2025 6:50 PM
Test Reason: FC

Account #: 308592
Requisition #: 1000963604
Accession #: 251113-01108
Specimen Type: Urine

Client: Nicholas County Day Report Center
603 Broad St
Summersville, WV 26651-1307
Phone: (304)872-9645

| Summary |
|---|
| NEGATIVE |

10 ng/mL Possitive on I Cup

| Tests Ordered |
|---|
| • 5292 - Buprenorphine LC-MS/MS Confirmation, Urine |
| • 8367 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN,OPI,OXY,SR,THC,TRA |

**Drug Tests**

| | SCREEN | | | CONFIRMATION | | |
|---|---|---|---|---|---|---|
| Drug Class / Drug / Drug Metabolite | Method | Cutoff | Result | Method | Cutoff | Result |
| Amphetamines 500 | EIA | 500 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/mL | Negative | | | |
| Buprenorphine | | | | | | |
| Buprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | Negative |
| Norbuprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | Negative |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

Come from lab at a Negative reading

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing, pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

**Specimen Validity Tests**

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 77.6 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 7.92 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.022 |

Comments:

Method Index
EA - Enzyme Assay
EIA - Enzyme-Immunoassay
ELISA - Enzyme-Linked Immunosorbent Assay
GC-FID - Gas Chromatography - Flame Ionization Detector
GC/MS - Gas Chromatography / Mass Spectrometry
IA - Immunoassay
LC-MS/MS - Liquid Chromatography Tandem Mass Spectrometry

Page DL

Done

Aug 11. 2025 10:28AM Nic Co DRC

FILED | 8/11/2025 10:11 AM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

FC

COLLECTION DATE: 8-11-25

# ..p Drug Screen Result Form

Providing Testing

..nolas County DRC
603 Broad Street
Summersville, WV, 26651

Phone: (304) 872-9645
Fax: (304) 872-9643
Email: NCDRC1@Frontier.com

Collector's Information

Collectors Name: Ron Prater

Donor's Information

Donor Name: David King SSN:

Certification Information

*I hereby certify that the specimen provided is my own and has not been substituted or adulterated. I further agree and grant permission for the testing of my specimen.*

Donor's Signature ______ Date 8-11-25

Collector's Signature ______ Date 8-11-25

Initial Screen Results (All Confirm...)

Specimen Temperature: (90-100 F.) In Range YES

Prescription

| Drug Name | Device Code | Negative | Non-Negative |
|---|---|---|---|
| Cocaine | COC | ☐ | ☐ |
| Marijuana | THC | ☐ | ☐ |
| Opiates/Morphine | OPI | ☐ | ☐ |
| Amphetamine | AMP | ☐ | ☐ |
| Methamphetamine | MET | ☐ | ☐ |
| Barbituates | BAR | ☐ | ☐ |
| Benzodiazepine | BZO | ☐ | ☐ |
| Oxycodone | OXY | ☐ | ☐ |
| Synthetic THC | K2 | ☐ | ☐ |
| Alcohol | EtG | ☐ | ☐ |
| Fentanyl | FTY | ☐ | ☐ |
| Tramadol | TRA | ☐ | ☐ |
| Buprenorphine | BUP | ☐ | ☒ |

Aug. 12. 2025 9:00AM Nic Co DRC

FILED | 8/12/2025 8:53 AM
FC-34-2024-D-1
Nicholas County Circuit Clerk

Try out the tools first, then start a 7-day free trial to save your edits.

Free trial

Add text Add image

I Cup read out at
10 ng/mL



Abbott

Redwood Toxicology Laboratory, Inc
[illegible] Westwind Blvd., Santa Rosa, CA [illegible]
Phone: [illegible] | Fax: [illegible]
[illegible]

Laboratory Directors: [illegible]
CLIA Certificate # [illegible]

| | | | | |
|---|---|---|---|---|
| Identification: | 4741 David L King | | | Client: Nicholas County Day Report Center |
| DOB: | 0 9 | Account #: | 908592 | 602 Broad St |
| Sex: | M | Requisition #: | 1000567522 | |
| Collected by: | Ronald Proctor | Accession #: | 250812-01710 | Summersville, WV 26651-1307 |
| Collected: | 08/11/2025 05:42 AM | Specimen Type: | Urine | Phone: (304)872-9645 |
| Received: | 08/12/2025 10:18 AM | | | |
| Reported: | 08/13/2025 7:40 PM | | | |
| Test Reason: | FC | | | |

**Summary**

NEGATIVE

**Tests Ordered**

- 5292 - Buprenorphine LC-MS/MS Confirmation, Urine
- 8357 - Urine 12 Panel EMA,AMP,BZD,COC,CR,ETG,FEN,OPI,OXY,SR,THC,TRA

**Drug Tests**

| Drug Class / Drug / Drug Metabolite | SCREEN Method | SCREEN Cutoff | SCREEN Result | CONFIRMATION Method | CONFIRMATION Cutoff | CONFIRMATION Result |
|---|---|---|---|---|---|---|
| Amphetamines 500 | EIA | 500 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/mL | Negative | | | |
| Buprenorphine | | | | | | |
| Buprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | Negative |
| Norbuprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | Negative |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing, pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

**Specimen Validity Tests**

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 119.5 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 6.52 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.025 |

**Comments:**

**Method Index**

EA - Enzyme Assay
EIA - Enzyme-Immunoassay
ELISA - Enzyme-Linked Immunosorbent Assay
GC-FID - Gas Chromatography - Flame Ionization Detector
GC/MS - Gas Chromatography / Mass Spectrometry
IA - Immunoassay
LC-MS/MS - Liquid Chromatography Tandem Mass Spectrometry

Apr. 2. 2025 9:04AM Nic Co DRC

Abbott
Redwood Toxicology Laboratory, Inc
3650 Westwind Blvd., Santa Rosa, CA 95403
Phone: (707) 577-7959 or (800) 255-2159 | Fax: (707) 577-0365
www.redwoodtoxicology.com

FILED | 4/2/2025 8:49 AM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

Identification: DAVID KING 4741
DOB:
Sex: M
Collected by: JARREN MORLAN
Collected: 03/31/2025 09:35 AM
Received: 04/01/2025 1:47 PM
Reported: 04/01/2025 6:01 PM
Test Reason: Random

Account #: 308592
Requisition #: A004653600
Accession #: 250401-04973
Specimen Type: Urine

Client: Nicholas County Day Report Center
603 Broad St
Summersville, WV 26651-1307
Phone: (304)872-9645

| Summary |
|---|
| NEGATIVE |

| Tests Ordered |
|---|
| • 8367 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN,OPI,OXY,SR,THC,TRA |

no Bub

**Drug Tests**

| Drug Class / Drug / Drug Metabolite | SCREEN Method | SCREEN Cutoff | SCREEN Result | CONFIRMATION Method | CONFIRMATION Cutoff | CONFIRMATION Result |
|---|---|---|---|---|---|---|
| Amphetamines 500 | EIA | 500 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/mL | Negative | | | |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

**Specimen Validity Tests**

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 257.4 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 5.55 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.025 |

Comments:

Method Index
EA - Enzyme Assay
EIA - Enzyme-Immunoassay
ELISA - Enzyme-Linked Immunosorbent Assay
GC-FID - Gas Chromatography - Flame Ionization Detector
GC/MS - Gas Chromatography / Mass Spectrometry
IA - Immunoassay
LC-MS/MS - Liquid Chromatography Tandem Mass Spectrometry

Result they used for a negative

24

Mar. 19. 2025 8:19AM Nic Co DRC

Abbott
Redwood Toxicology Laboratory, Inc
3650 Westwind Blvd, Santa Rosa, CA 95403
Phone: (707) 577-7958 or (800) 255-2159 | Fax: (707) 577-0365
www.redwoodtoxicology.com

FILED | 3/19/2025 8:45 AM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

Identification: 4741 David L King
DOB:
Sex: M
Collected by: Gary Jarrell
Collected: 03/12/2025 10:40 AM
Received: 03/17/2025 10:00 AM
Reported: 03/18/2025 10:56 PM
Test Reason: FC

Account #: 908592
Requisition #: 1000835736
Accession #: 250317-01202
Specimen Type: Urine

Client: Nicholas County Day Report Center
603 Broad St
Summersville, WV 26651-1307
Phone: (304)872-9645

**Summary**

Confirmed Positive for the following drug(s):
- Buprenorphine (660.8 ng/mL)
- Norbuprenorphine (522.4 ng/mL)

**Tests Ordered**
- 5292 - Buprenorphine LC-MS/MS Confirmation, Urine
- 8367 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN,OPI,OXY,SR,THC,TRA

16

MSfead 3-12-25
N/S Sws 305

**Drug Tests**

| Drug Class / Drug / Drug Metabolite | SCREEN Method | SCREEN Cutoff | SCREEN Result | CONFIRMATION Method | CONFIRMATION Cutoff | CONFIRMATION Result |
|---|---|---|---|---|---|---|
| Amphetamines 500 | EIA | 500 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/mL | Negative | | | |
| Buprenorphine | | | | | | |
| Buprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Norbuprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing, pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

**Specimen Validity Tests**

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 502.9 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 7.60 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.023 |

Comments:

**Method Index**

EA - Enzyme Assay
EIA - Enzyme-Immunoassay
ELISA - Enzyme-Linked Immunosorbent Assay
GC-FID - Gas Chromatography - Flame Ionization Detector
GC/MS - Gas Chromatography / Mass Spectrometry
IA - Immunoassay
LC-MS/MS - Liquid Chromatography Tandem Mass Spectrometry

Seneca Health Services, Inc.
131 Wellness Drive
Summersville,WV 26651

| Patient Name | | Patient ID | Specimen Number | Total Volume |
|---|---|---|---|---|
| KING,DAVID LEE | | 10034938 | QT0026204 | |
| **Patient Phone** | **Date of Birth** | **Sex** | **Date and Time Collected** | **Date and Time Received** |
| 304-846-9421 | 989 | M | 3/12/2025 11:56 AM | 3/13/2025 09:30 AM |

| Test | Result | Flag | Units | Reference Range | Lab |
|---|---|---|---|---|---|
| Norhydrocodone, Interp<br>Norhydrocodone, Interp | N/R | | | Consistent | |
| Hydromorphone<br>Hydromorphone | Not Detected | | | Not Detected | |
| Hydromorphone, Interp<br>Hydromorphone, Interp | N/R | | | Consistent | |
| Morphine<br>Morphine | Not Detected | | | Not Detected | |
| Morphine, Interp<br>Morphine, Interp | N/R | | | Consistent | |
| Dihydrocodeine<br>Dihydrocodeine | Not Detected | | | | |
| Dihydrocodeine, Interp<br>Dihydrocodeine, Interp | N/R | | | Consistent | |
| Methamphetamine<br>Methamphetamine | Not Detected | | | Not Detected | |
| Methamphetamine, Interp<br>Methamphetamine, Interp | N/R | | | Consistent | |
| Buprenorphine<br>Buprenorphine | 395.1 | Abnormal | | < 5 | |
| Buprenorphine, Interp<br>Buprenorphine, Interp | Inconsistent | | | Consistent | |
| Norbuprenorphine<br>Norbuprenorphine | 388.7 | Abnormal | | < 10 | |
| Norbuprenorphine, Interp<br>Norbuprenorphine, Interp | Inconsistent | | | Consistent | |
| Fentanyl<br>Fentanyl | Not Detected | | | Not Detected | |

Page 45-16
Their false read out on graph was
305 ng/mL false

45

Printed: November 11, 2025 1:09:53PM

Seneca Health Services, Inc.
131 Wellness Drive
Summersville,WV 26651

| Patient Name | | Patient ID | Specimen Number | Total Volume |
|---|---|---|---|---|
| KING,DAVID LEE | | 10034938 | QT0027994 | |
| Patient Phone | Date of Birth | Sex | Date and Time Collected | Date and Time Received |
| 304-846-9421 | 989 | M | 4/2/2025 01:18 PM | 4/3/2025 08:20 AM |

| Test | Result | Flag | Units | Reference Range | Lab |
|---|---|---|---|---|---|
| Norhydrocodone, Interp<br>Norhydrocodone, Interp | N/R | | | Consistent | |
| Hydromorphone<br>Hydromorphone | Not Detected | | | Not Detected | |
| Hydromorphone, Interp<br>Hydromorphone, Interp | N/R | | | Consistent | |
| Morphine<br>Morphine | Not Detected | | | Not Detected | |
| Morphine, Interp<br>Morphine, Interp | N/R | | | Consistent | |
| Dihydrocodeine<br>Dihydrocodeine | Not Detected | | | | |
| Dihydrocodeine, Interp<br>Dihydrocodeine, Interp | N/R | | | Consistent | |
| Methamphetamine<br>Methamphetamine | Not Detected | | | Not Detected | |
| Methamphetamine, Interp<br>Methamphetamine, Interp | N/R | | | Consistent | |
| Buprenorphine<br>Buprenorphine | 62.9 | Abnormal | | < 5 | |
| Buprenorphine, Interp<br>Buprenorphine, Interp | Inconsistent | | | Consistent | |
| Norbuprenorphine<br>Norbuprenorphine | 63.3 | Abnormal | | < 10 | |
| Norbuprenorphine, Interp<br>Norbuprenorphine, Interp | Inconsistent | | | Consistent | |
| Fentanyl<br>Fentanyl | Not Detected | | | Not Detected | |

Proof they used Senaces tests

50

Printed: November 11, 2025 1:09:53PM

FILED | 4/8/2025 8:07 AM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

Apr. 8. 2025 8:18AM Nic Co DRC

Abbott
Redwood Toxicology Laboratory, Inc.
[illegible] Westwind Blvd., Santa Rosa, CA [illegible]
Phone: [illegible] | Fax: [illegible]
www.redwoodtoxicology.com

Laboratory Directors: [illegible]
CLIA Certificate # [illegible]

Identification: DAVID KING 47 41
DOB:
Sex: M
Collected by: RON PROCTOR
Collected: 04/02/2025 02:27 PM
Received: 04/04/2025 1:51 PM
Reported: 04/07/2025 7:36 PM
Test Reason: Random

Account #: 308592
Requisition #: A005282359
Accession #: 250404-05129
Specimen Type: Urine

Client: Nicholas County Day Report Center
603 Broad St
Summersville, WV 26651-1307
Phone: (304)872-9645

Proof they used DRCS tests

**Summary**

Confirmed Positive for the following drug(s):

- Buprenorphine (145.6 ng/ml)
- Norbuprenorphine (134.1 ng/mL)

**Tests Ordered**

- 5292 - Buprenorphine LC-MS/MS Confirmation, Urine
- 8367 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN,OPI,OXY,SR,THC,TRA

28

**Drug Tests**

| Drug Class / Drug / Drug Metabolite | SCREEN Method | SCREEN Cutoff | SCREEN Result | CONFIRMATION Method | CONFIRMATION Cutoff | CONFIRMATION Result |
|---|---|---|---|---|---|---|
| Amphetamines 500 | EIA | 500 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/ml | Negative | | | |
| Buprenorphine | | | | | | |
| Buprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Norbuprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing, pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

**Specimen Validity Tests**

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 223.1 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 6.46 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.029 |

Comments:

**Method Index**

EA - Enzyme Assay
EIA - Enzyme-Immunoassay
ELISA - Enzyme-Linked Immunosorbent Assay
GC-FID - Gas Chromatography - Flame Ionization Detector
GC/MS - Gas Chromatography / Mass Spectrometry
IA - Immunoassay
LC-MS/MS - Liquid Chromatography Tandem Mass Spectrometry

May. 7. 2025 8:15AM Nic Co DRC No. 1687 P. 3

Abbott

Redwood Toxicology Laboratory, Inc
3650 Westwind Blvd, Santa Rosa, CA 95403
Phone: (707) 577-7959 or (800) 255-2159 | Fax: (707) 577-8343
www.redwoodtoxicology.com

Laboratory Director: Justin A. Arens, Ph.D / Henry Ital, M.D., Ph.D.
CLIA Certificate # 05D0797553

Identification: 4741 David L King
DOB:
Sex: M
Collected by: Ronald Proctor
Collected: 04/30/2025 11:26 AM
Received: 05/05/2025 12:23 PM
Reported: 05/06/2025 11:24 PM
Test Reason: FTC

Account #: 308592
Requisition #: 1000835652
Accession #: 250505-03909
Specimen Type: Urine

Client: Nicholas County Day Report Center
603 Broad St

Summersville, WV 26651-1307
Phone: (304)872-9645

**Summary**

Confirmed Positive for the following drug(s):
- Buprenorphine (147.4 ng/mL)
- Norbuprenorphine (86.3 ng/mL)

Sell out Senecas Ready

**Tests Ordered**

- 5292 - Buprenorphine LC-MS/MS Confirmation, Urine
- 8367 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN,OPI,OXY,SR,THC,TRA

**Drug Tests**

| | SCREEN | | | CONFIRMATION | | |
|---|---|---|---|---|---|---|
| Drug Class / Drug / Drug Metabolite | Method | Cutoff | Result | Method | Cutoff | Result |
| Amphetamines 500 | EIA | 500 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/mL | Negative | | | |
| Buprenorphine | | | | | | |
| Buprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Norbuprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing, pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

**Specimen Validity Tests**

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 389.2 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 6.10 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.025 |

Comments:

Method Index

EA - Enzyme Assay
EIA - Enzyme-Immunoassay
ELISA - Enzyme-Linked Immunosorbent Assay
GC-FID - Gas Chromatography - Flame Ionization Detector
GC/MS - Gas Chromatography / Mass Spectrometry
IA - Immunoassay
LC-MS/MS - Liquid Chromatography Tandem Mass Spectrometry

62

**Seneca Health Services, Inc.**
**131 Wellness Drive**
**Summersville,WV 26651**

| Patient Name | | Patient ID | Specimen Number | Total Volume |
|---|---|---|---|---|
| KING,DAVID LEE | | 10034938 | QT0030807 | |
| **Patient Phone** | **Date of Birth** | **Sex** | **Date and Time Collected** | **Date and Time Received** |
| 304-846-9421 | '989 | M | 4/30/2025 11:39 AM | 5/1/2025 08:59 AM |

| Test | Result | Flag | Units | Reference Range | Lab |
|---|---|---|---|---|---|
| Norhydrocodone, Interp<br>Norhydrocodone, Interp | N/R | | | Consistent | |
| Hydromorphone<br>Hydromorphone | Not Detected | | | Not Detected | |
| Hydromorphone, Interp<br>Hydromorphone, Interp | N/R | | | Consistent | |
| Morphine<br>Morphine | Not Detected | | | Not Detected | |
| Morphine, Interp<br>Morphine, Interp | N/R | | | Consistent | |
| Dihydrocodeine<br>Dihydrocodeine | Not Detected | | | | |
| Dihydrocodeine, Interp<br>Dihydrocodeine, Interp | N/R | | | Consistent | |
| Methamphetamine<br>Methamphetamine | Not Detected | | | Not Detected | |
| Methamphetamine, Interp<br>Methamphetamine, Interp | N/R | | | Consistent | |
| Buprenorphine<br>Buprenorphine | 90 | Abnormal | | < 5 | |
| Buprenorphine, Interp<br>Buprenorphine, Interp | Inconsistent | | | Consistent | |
| Norbuprenorphine<br>Norbuprenorphine | 47.7 | Abnormal | | < 10 | |
| Norbuprenorphine, Interp<br>Norbuprenorphine, Interp | Inconsistent | | | Consistent | |
| Fentanyl<br>Fentanyl | Not Detected | | | Not Detected | |

Cell out of graph
from Rodney Ridehand

55

Printed: November 11, 2025 1:09:53PM

Done

Jun. 23. 2025 8:22AM Nic Co DRC No. 1961 P. 3

Abbott

Redwood Toxicology Laboratory, Inc
3650 Westwind Blvd., Santa Rosa, CA 95403
Phone: (707) 577-7959 or (800) 255-2159 | Fax: (707) 577-0365
www.redwoodtoxicology.com

Laboratory Directors: [illegible]; Henry Tai, M.D., Ph.D.
CLIA Certificate # 05D0737544

| | | | |
|---|---|---|---|
| Identification: | DAVID KING 4741 | | |
| DOB: | /1989 | Account #: | 308592 |
| Sex: | | Requisition #: | A005446109 |
| Collected by: | RON PROCTOR | Accession #: | 250617-04479 |
| Collected: | 06/16/2025 10:13 AM | Specimen Type: | Urine |
| Received: | 06/17/2025 12:44 PM | | |
| Reported: | 06/18/2025 11:51 PM | | |
| Test Reason: | Random | | |

Client: Nicholas County Day Report Center
603 Broad St

Summersville, WV 26651-1307
Phone: (304)872-9645

**Summary**

Confirmed Positive for the following drug(s):

- Buprenorphine (59.9 ng/mL)
- Norbuprenorphine (79.0 ng/mL)

Please read comment(s) below.

**Tests Ordered**

- 5292 - Buprenorphine LC-MS/MS Confirmation, Urine
- 8367 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN,OPI,OXY,SR,THC,TRA

**Drug Tests**

| | SCREEN | | | CONFIRMATION | | |
|---|---|---|---|---|---|---|
| Drug Class / Drug / Drug Metabolite | Method | Cutoff | Result | Method | Cutoff | Result |
| Amphetamines 500 | EIA | 500 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/mL | Negative | | | |
| Buprenorphine | | | | | | |
| Buprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Norbuprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing, pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

**Specimen Validity Tests**

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 261.3 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 5.56 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.031 |

75 73 71 Left out of graph for higher readings.

Done

Jun. 26. 2025 8:21AM Nic Co DRC

Abbott

Redwood Toxicology Laboratory, Inc
3650 Westwind Blvd., Santa Rosa, CA 95403
Phone: (707) 577-7959 or (800) 255-2159 | Fax: (707) 577-8102
www.redwoodtoxicology.com

FILED | 6/26/2025 4:07 PM
FC-34-2024-D-1
Nicholas County Circuit Clerk
Debbie Facemire

| | | | | | |
|---|---|---|---|---|---|
| Identification: | 4741 David L King | | | Client: | Nicholas County Day Report Center |
| DOB: | -/1989 | Account #: | 908592 | | 603 Broad St |
| Sex: | M | Requisition #: | 1000581762 | | |
| Collected by: | Gary Jarrell | Accession #: | 250624-01518 | | Summersville, WV 26651-1307 |
| Collected: | 06/23/2025 08:20 AM | Specimen Type: | Urine | | Phone: (304)872-9645 |
| Received: | 06/24/2025 10:30 AM | | | | |
| Reported: | 06/25/2025 9:09 AM | | | | |
| Test Reason: | FC | | | | |

**Summary**

Confirmed Positive for the following drug(s):

- Buprenorphine (36.3 ng/mL)
- Norbuprenorphine (24.4 ng/mL)

**Tests Ordered**

- 5292 - Buprenorphine LC-MS/MS Confirmation, Urine
- 8967 - Urine 12 Panel 6MA,AMP,BZO,COC,CR,ETG,FEN,OPI,OXY,SR,THC,TRA

**Drug Tests**

| | SCREEN | | | CONFIRMATION | | |
|---|---|---|---|---|---|---|
| Drug Class / Drug / Drug Metabolite | Method | Cutoff | Result | Method | Cutoff | Result |
| Amphetamines 500 | EIA | 500 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/mL | Negative | | | |
| Buprenorphine | | | | | | |
| Buprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Norbuprenorphine* | | | | LC/MS/MS | 0.5 ng/mL | CONFIRMED POSITIVE |
| Cocaine 150 | EIA | 150 ng/mL | Negative | | | |
| Ethyl Glucuronide (EtG)* | EIA | 500 ng/mL | Negative | | | |
| Fentanyls | EIA | 1 ng/mL | Negative | | | |
| Tramadol | EIA | 200 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| 6-Monoacetylmorphine (6-MAM) | EIA | 10 ng/mL | Negative | | | |
| Oxycodone / Noroxycodone | EIA | 100 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

*This result was generated and processed in a CLIA certified, high complexity lab. This test was developed and validated by the CLIA certified laboratory performing the testing, pursuant to CLIA regulations. Its performance characteristics were determined by Redwood Toxicology Laboratory and have not been cleared or approved by the U.S. Food and Drug Administration.

**Specimen Validity Tests**

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 160.1 mg/dL |
| pH | Colorimetric | 4.00 - 11.00 | 6.48 |
| Specific Gravity | Colorimetric | 1.003 - 1.045 | 1.012 |

Comments:

75